UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

John F. Bracaglia, Jr., Esq.
Savo, Schalk, Gillespie, O'Grodnick & Fisher
77 North Bridge Street
Somerville, NJ 08876
(908) 526-0707
Attorney for Debtor

In Re:

Reynan D. Tantoco

Case No.: 19-23005

Chapter: 13

Adv. No.:

Hearing Date:

Judge: CMG

## CERTIFICATION OF SERVICE

1. I, __Lynne T. Brokaw__ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for __John F. Bracaglia, Jr., Esq.__, who represents __Debtor__ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __July 19, 2019__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    - Notice of Request for Loss Mitigation - By the Debtor
    - Proposed Loss Mitigation Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 7/19/19

/s/ Lynne T. Brokaw
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Rebecca A. Solarz, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108 | Attorneys for AmeriHome Mortgage | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| AmeriHome Mortgage Company, LLC<br>P.O. Box 77404<br>Ewing, NJ 08628 | Secured creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the U.S. Trustee<br>One Newark Center, Suite 2100<br>1085 Raymond Blvd.<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |