| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 19-23005 / CMG**

Reynan D Tantoco

Petition Filed Date: 07/01/2019
341 Hearing Date: 08/01/2019
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/06/2019 | $2,027.00 | 3312946 | 09/04/2019 | $2,230.00 | 3313001 | 10/02/2019 | $2,230.00 | 3313049 |
| 11/06/2019 | $2,230.00 | 3313105 | 12/03/2019 | $2,230.00 | 3313146 | | | |

**Total Receipts for the Period: $10,947.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $13,177.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Reynan D Tantoco | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JOHN F. BRACAGLIA, JR, ESQ. | Attorney Fees | $2,000.00 | $0.00 | $2,000.00 |
| | | No Disbursements: No Check | | | |
| 1 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $634.94 | $0.00 | $0.00 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,004.35 | $0.00 | $0.00 |
| 3 | RAQUEL TANTOCO | Support Arrears | $0.00 | $0.00 | $0.00 |
| 4 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $909.88 | $0.00 | $0.00 |
| 5 | MIDLAND FUNDING LLC<br>»»  CITIBANK/HOME DEPOT | Unsecured Creditors | $2,026.77 | $0.00 | $0.00 |
| 6 | MIDLAND CREDIT  AS AGENT FOR<br>»»  CITIBANK NA/BEST BUY VISA | Unsecured Creditors | $9,936.67 | $0.00 | $0.00 |
| 7 | Wells Fargo Bank, NA | Secured Creditors | $25,381.83 | $0.00 | $0.00 |
| 8 | Wells Fargo Bank, NA | Unsecured Creditors | $638.47 | $0.00 | $0.00 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  JUDGMENT | Unsecured Creditors | $2,551.10 | $0.00 | $0.00 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  BARCLAYS BANK DELAWARE | Unsecured Creditors | $4,296.30 | $0.00 | $0.00 |
| 11 | LVNV FUNDING LLC<br>»»  PAYPAL/SYNCHRONY | Unsecured Creditors | $106.96 | $0.00 | $0.00 |
| 12 | DEPARTMENT STORE NATIONAL BANK<br>»»  MACY'S | Unsecured Creditors | $4,335.11 | $0.00 | $0.00 |
| 13 | DEPARTMENT STORE NATIONAL BANK<br>»»  MACY'S | Unsecured Creditors | $694.85 | $0.00 | $0.00 |
| 14 | AMERIHOME MORTGAGE COMPANY, LLC.<br>»»  P/1020 ARNOLD AVE/1ST MTG/ORDER 10/10/19 | Mortgage Arrears<br>No Disbursements: Pending Loan Mod. | $52,880.12 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-23005 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,177.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $2,517.00 |
| Paid to Trustee: | $733.46 | Arrearages: | $0.00 |
| Funds on Hand: | $12,443.54 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**