Form 186 – ntc13plnprior

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                     Case No.: 19−23005−CMG
                     Chapter: 13
                     Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Reynan D Tantoco
   1020 Arnold Avenue
   Raritan, NJ 08869

Social Security No.:
   xxx−xx−2449

Employer's Tax I.D. No.:

**NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION;
FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF**

A Plan was filed in this matter on July 1, 2019 and a confirmation hearing on such Plan has been scheduled for February 19, 2020.

The debtor filed a Modified Plan on February 13, 2020 and a confirmation hearing on the Modified Plan is scheduled for March 18, 2020 @ 10:00. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: February 18, 2020
JAN: wdr

                                                                                                                    Jeanne Naughton
                                                                                                  Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                          Case No. 19-23005-CMG
Reynan D Tantoco                                                Chapter 13
        Debtor
                             CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin              Page 1 of 2            Date Rcvd: Feb 18, 2020
                               Form ID: 186             Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 20, 2020.
db             +Reynan D Tantoco,    1020 Arnold Avenue,    Raritan, NJ 08869-1602
lm             +AmeriHome Mortgage Company, LLC,    PO Box 77404,    Ewing, NJ 08628-6404
518452388      +AmeriHome Mortgage Company, LLC,    c/o Cenlar FSB,    425 Phillips Boulevard,
                 Ewing, NJ 08618-1430
518331712      +Amerihome Mortgage,    POB 77404,    Trenton, NJ 08628-6404
518331713      +Barclays Bank,    ERC,    POB 57610,   Jacksonville, FL 32241-7610
518331714      +Capiatl One Bank,    Portfolio Recovery,    POB 12903,    Norfolk, VA 23541-0903
518331715      +Citibank,    Midland Credit,    350 Camino De La Reina, #100,    San Diego, CA 92108-3007
518331718      +KML Law Group,    216 Haddon Ave #406,    Collingswood, NJ 08108-2812
518331720      +Macys,    Radius Global Solutions,    POB 390905,    Minneapolis, MN 55439-0905
518331719      +Macys,    GC Services,    6330 Gulfton,   Houston, TX 77081-1198
518331721     #+Sunrun Inc,    595 Market St, 29th floor,    San Francisco, CA 94105-2842
518331722      +Wells Fargo,    MAC N8235 040,    7000 Vista Dr,    West Des Moines, IA 50266-9310
518428392       Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA  50306-0438
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 19 2020 02:33:25       U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 19 2020 02:33:20        United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518348164      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 19 2020 02:38:30
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518348165      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 19 2020 02:37:27       Capital One N.A.,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518449338       E-mail/Text: bnc-quantum@quantum3group.com Feb 19 2020 02:33:11
                 Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
518331717       E-mail/Text: cio.bncmail@irs.gov Feb 19 2020 02:32:30       Internal Revenue Service,    POB 744,
                 Springfield, NJ 07081
518579465       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 19 2020 02:36:32        LVNV Funding LLC,
                 PO Box 10587,    Greenville, SC 29603-0587
518579466       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 19 2020 02:37:22        LVNV Funding LLC,
                 PO Box 10587,    Greenville, SC 29603-0587,    LVNV Funding LLC,    PO Box 10587,
                 Greenville, SC 29603-0587
518419117      +E-mail/Text: bankruptcydpt@mcmcg.com Feb 19 2020 02:33:19       Midland Funding LLC,
                 Po Box 2011,    Warren MI 48090-2011
518433870       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 19 2020 02:37:13
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
518446258       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 19 2020 02:36:23
                 Portfolio Recovery Associates, LLC,    c/o Barclays Bank Delaware,    POB 41067,
                 Norfolk VA 23541
518411107      +E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 19 2020 02:33:41       Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518333974      +E-mail/PDF: gecsedi@recoverycorp.com Feb 19 2020 02:37:53       Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518449199      +E-mail/PDF: gecsedi@recoverycorp.com Feb 19 2020 02:37:53       Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518331716*     +Citibank,    Midland Credit,    350 Camino De La Reina #100,    San Diego, CA 92108-3007
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2020                                Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Feb 18, 2020
                              Form ID: 186             Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 18, 2020 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   AmeriHome Mortgage Company, LLC
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              John F. Bracaglia, Jr.    on behalf of Debtor Reynan D Tantoco brokaw@centraljerseylaw.com
              Rebecca Ann Solarz    on behalf of Creditor    AmeriHome Mortgage Company, LLC
               rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 5
```