UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Savo, Schalk, Gillespie, O'Grodnick & Fisher
Attorneys for Debtor
56 East Main St, Suite 301
Somerville NJ 08876
(908) 526-0707

In Re:

Reynan D Tantoco

Case No.: 19-23005

Judge: CMG

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____, creditor,

    A hearing has been scheduled for _____, at _____.

    ☒ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____May 5, 2021_____, at __9:00__.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☒ Payments have been made in the amount of $ ____527.00____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

☒ Other (**explain your answer**): Debtor was unemployed during May through July 2020. He worked sporadically through the second week of December 2020. Then he was out of work due to COVID second week of December through second week of January 2021. He is now back to work full time. Automatic payments from his bank account to begin again in April. We ask that the arrears be rolled into remaining months starting in May 2021.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 4/5/2021

Debtor's Signature

Date: _____

Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

rev.8/1/15

TFS - The Online & Automated Solution to Chapter 13 Bankruptcy Payments                                   3/30/21, 3:35 PM



 Dashboard                    Welcome, Reynan Tantoco

## All Transactions

**Name**
Reynan Tantoco

**Address**
1020 Arnold Avenue, Raritan, NJ, 08869

**Completed Transactions**
5

**Paid via TFS**
$2,635.00

| Date Started | Description | Case Number | Date Cleared | Date Arrived | Transaction ID | Amount | Status |
|---|---|---|---|---|---|---|---|
| ✓ March 19, 2021 | Automatic Payment | 19-23005 | March 25, 2021 | March 26, 2021 | 8816609 | $527.00 | Complete |
| December 17, 2020 | Automatic Payment | 19-23005 | December 23, 2020 | December 24, 2020 | 8244081 | $527.00 | Complete |
| November 16, 2020 | Automatic Payment | 19-23005 | November 20, 2020 | November 23, 2020 | 8060988 | $527.00 | Complete |
| October 16, 2020 | Automatic Payment | 19-23005 | October 22, 2020 | October 23, 2020 | 7879491 | $527.00 | Complete |
| September 16, 2020 | Automatic Payment | 19-23005 | September 22, 2020 | September 23, 2020 | 7695533 | $527.00 | Complete |