SAVO, SCHALK, Corsini, Gillespie, O'Grodnick & Fisher, P.A.
Counsellors at Law
56 East Main Street, Suite 301
Somerville, NJ 08876
908-526-0707
John F. Bracaglia, Jr.
Attorney for Debtor
JB – 1479

In re:

Reynan D. Tantoco

        Debtor.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Chapter 13

Case No. 19-23005 CMG

## SUPPLEMENTAL CERTIFICATION OF DEBTOR IN OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY

Reynan D. Tantoco, of full age, certifies as follows:

1. I am the debtor in this case. As such, I have full knowledge of all statements made.

2. My mortgage is with AmeriHome Mortgage. Prior to filing my bankruptcy, my mortgage went into default. Among the reasons I filed bankruptcy was to save my house from foreclosure. I applied for a modification through the bankruptcy and they offered me a trial modification. I made all the trial payments.

3. They then forwarded a permanent modification agreement by Federal Express. For some reason it was sent to me at my attorney's former office address. There is a handwritten sticker on top of the original address with my address. That is presumably how it finally got to me. Attached as Exhibit A is the Federal Express envelope in which the first modification was sent.

4. Upon review of that agreement, it was incorrect. It had my ex-wife's name on the agreement. She no longer has an interest in the property. The mortgage servicer was called on several occasions for a corrected agreement, and my attorney also contacted them through the DMM Portal.

5. A corrected agreement was finally forwarded through the DMM Portal with instructions for it to be signed and returned no later than 6/11/2020. I signed this agreement in my attorney's office on May 29, 2020, and he returned the signed agreement by overnight mail and also through the portal on May 29, 2020. See attached Exhibit B.

6. I understand AmeriHome is claiming they made a mistake in the modification agreement I signed and returned, and sent a new one. I never received it, nor did my attorney, undoubtedly because again they failed to address it correctly.

7. In reliance on the modification agreement I signed, I made the following payments:

>   May 30, 2020
>   July 3, 2020
>   July 31, 2020
>   September 2, 2020
>   October 5, 2020
>   November 3, 2020
>   December 7, 2020
>   March 19, 2021
>   May 3, 2021
>   June 7, 2021

Confirmation of those payments are attached as Exhibit C. I am making another payment today.

8. I missed payments in January, February and April of this year due to Covid. I became ill and was out of work briefly. I work in the food service industry. In that restaurant were doing less business because of Covid restrictions, my hours were cut. That is why I missed payments.

9. I am now back to working full time.

10. I ask that the permanent modification agreement that I signed and returned last May be approved by the Court, and AmeriHome's pending foreclosure be dismissed. In return, I agree to make a second payment this month and then add $500 to each subsequent payment beginning September 2021, until the arrears are brought current.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: July 14, 2021

_____
Reynan D. Tantoco

# EXHIBIT A



ORIGIN ID:TRLA   (609) 883-3900
ATTN: SARAH JONES
CENLAR FSB
12700 PARK CENTRAL DRIVE
SUITE 850
DALLAS, TX 75251
UNITED STATES US

SHIP DATE: 30APR20
ACTWGT: 1.00 LB
CAD: 4916866/INET4220

BILL SENDER

TO: REYNAN TANTOCO
77 NORTH BRIDGE STREET

**FedEx Express**   URGENT

Name
Company
Address 1020 Arnold Ave
City, State Raritan NJ 08869
Telephone

136596 REV 11/09 RRD

FRI - 01 MAY 3:00P
STANDARD OVERNIGHT

TRK# 7703 5653 6159   0201

FRI - 01 MAY AA
STANDARD OVERNIGHT

TRK# 7703 5653 6159   0201

E2 CHUA

08869
NJ-US
EWR

FID  60064 04MAY20 JVIA  56BC3/2925/05A2

4/30/2020

Extremely Urgent

Case 19-23005-CMG    Doc 60    Filed 07/15/21    Entered 07/15/21 12:20:49    Desc Main
Document    Page 6 of 19

# EXHIBIT B

# UPS Next Day Air® / UPS Worldwide Express®
## Shipping Document

See instructions on back. Visit UPS.com® or call 1-800-PICK-UPS® (800-742-5877) for additional information and Tariff/Terms and Conditions.

**TRACKING NUMBER:** 1Z F05 737 22 1009 632 8

### ① SHIPMENT FROM
- **SHIPPER'S UPS ACCOUNT NO.:** F 0 5 7 3 7
- **REFERENCE NUMBER:** #7746-002 Tantoco
- **NAME:** John F. Bracaglia, Jr.
- **TELEPHONE:** 908-526-0707
- **COMPANY:** SAVO SCHALK LAW OFFICES
- **STREET ADDRESS:** 56 E MAIN STREET, SUITE 301
- **CITY AND STATE:** SOMERVILLE
- **ZIP CODE:** NJ 08876

### ② EXTREMELY URGENT DELIVERY TO
- **NAME:** Attn: Loan Modification Dept.
- **COMPANY:** CENLAR FSB
- **STREET ADDRESS:** 12700 Park Central Dr., Suite 850
- **DEPT./FLR.:** Residential Delivery
- **CITY AND STATE:** Dallas, Texas
- **ZIP CODE:** 75251

### ③ WEIGHT
- [X] LTR
- PAK / WEIGHT / DIMENSIONAL WEIGHT / LARGE PACKAGE

### ④ SHIPPER RELEASE
CHARGES: $

### ⑤ TYPE OF SERVICE
- [X] NEXT DAY AIR
- [ ] EXPRESS (INT'L)
- FOR INTERNATIONAL SHIPMENTS / CUSTOMS VALUE: $
- [ ] DOCUMENTS ONLY

### ⑥ OPTIONAL SERVICES
- [ ] SATURDAY PICKUP
- [ ] SATURDAY DELIVERY
- [ ] DECLARED VALUE FOR CARRIAGE — AMOUNT
- [ ] C.O.D. — AMOUNT

### ⑦ ADDITIONAL HANDLING CHARGE
An Additional Handling Charge applies for certain items. See instructions.

**TOTAL CHARGES:** $

### ⑧ METHOD OF PAYMENT
- [X] BILL SHIPPER'S ACCOUNT NUMBER (IN SECTION 1)
- [ ] BILL RECEIVER (Domestic Only)
- [ ] BILL THIRD PARTY
- [ ] CREDIT CARD — American Express / Diner's Club / MasterCard / Visa
- [ ] CHECK

### ⑨ RECEIVER'S/THIRD PARTY'S UPS ACCT. NO. OR MAJOR CREDIT CARD NO. / EXPIRATION DATE
THIRD PARTY'S COMPANY NAME:
STREET ADDRESS:
CITY AND STATE / ZIP CODE:

Shipper authorizes UPS to act as forwarding agent for export control and customs purposes. Shipper certifies that these commodities, technology or software if exported from the United States, were exported in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.

### ⑩ SHIPPER'S SIGNATURE: X [signature]

All shipments are subject to the terms contained in the UPS Tariff/Terms and Conditions of Service, which are available at UPS.com and local UPS offices.

**DATE OF SHIPMENT:** 5/29/20

0101911202609 6/14 RRD

UPS COPY

**Currently Viewing:**

Borrower Name: Tantoco, Reynan
Property Address: 1020 Arnold Road Raritan, NJ 08869
Servicer Name: Cenlar FSB
Loan Number: 0072393499

---

| Date | Activity By | Action Taken |
|---|---|---|
| 06/02/2020 09:10:57 PM ET | Servicer | Message Sent |

From: Ladon Wilson (Servicer)
Subject: RE: Signed modification agreement
Message:
Thank you.

*above sent in reply to:*

| Date | Activity By | Action Taken |
|---|---|---|
| 05/29/2020 03:37:28 PM ET | Attorney | Message Sent |

From: John F. Bracaglia, Jr. (Borrower Attorney)
Subject: Signed modification agreement
Message:
Our client signed the modification agreement. Attached is a copy. We have sent it by UPS overnight. The tracking number is 1Z F05 737 22 1009 632 8.

We have also filed a motion with the bankruptcy court for approval of the loan mod.

Lynne Brokaw, Legal Assistant to John F. Bracaglia, Jr., Esq.

Attached Files:
Tantoco (Loan #0072393499) - Signed Loan mod agre (Added 05-29-2020)

**Currently Viewing:**

Borrower Name: Tantoco, Reynan
Property Address: 1020 Arnold Road Raritan, NJ 08869
Servicer Name: Cenlar FSB
Loan Number: 0072393499

| Date | Activity By | Action Taken |
|---|---|---|
| 05/28/2020 05:02:04 PM ET | Servicer | Message Sent |

**From:** Ladon Wilson (Servicer)
**Subject:** RE: Modification agreement
**Message:**
Good afternoon,

I apologize for the delay; documents are attached. This loan was approved for a Modification. Attached is a copy of the unexecuted modification. This needs to be executed and sent to the address below no later than 06/11/2020. We need the executed modification documents sent to this address: 12700 Park Central Dr. Suite 850 Dallas TX 75251. We recommend sending the executed modification with tracking information so that it can be tracked after it is sent by your office. Please message us in the DMM Portal with the tracking number once it is sent.

Sincerely,

Ladon

**Attached Files:**
Tantoco (Loan #0072393499) - 5760750_1160_0072393499_CNLR_FINAL_MOD_CVR_LTR_PKG_20200528014004.pdf (Added 05-28-2020)
Tantoco (Loan #0072393499) - TantocoR 0072393499.pdf (Added 05-28-2020)
Tantoco (Loan #0072393499) - TantocoR0072393499 ExA.pdf (Added 05-28-2020)

*above sent in reply to:*

| Date | Activity By | Action Taken |
|---|---|---|
| 05/28/2020 03:40:57 PM ET | Attorney | Message Sent |

**From:** John F. Bracaglia, Jr. (Borrower Attorney)
**Subject:** RE: Modification agreement
**Message:**
We never received the revised documents. Our client has contacted AmeriHome and no one can help him. He's transferred to one department to the other. We need the corrected documents ASAP.

Lynne Brokaw, Legal Assistant to John F. Bracaglia, Jr.

*above sent in reply to:*

# EXHIBIT C


WELLS FARGO

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 6/25 | | Purchase authorized on 06/25 Delorey Inc Raritan NJ P003001776663694723 Card 8643 | | 74.85 | |
| 6/25 | | Purchase authorized on 06/25 Shoprite Somrville S1 Somerville NJ P00460177672820325 Card 7952 | | 31.40 | 530.67 |
| 6/26 | | Purchase authorized on 06/24 Quick Chek Corpora Raritan NJ S300176404030032 Card 7952 | | 20.00 | 510.67 |
| 6/29 | | State of NJ - LA Uemploymen xxxxx4297 Reynan D Tantoco | 642.00 | | |
| 6/29 | | State of NJ - LA Uemploymen xxxxx4297 Reynan D Tantoco | 1,200.00 | | |
| 6/29 | | Recurring Payment authorized on 06/25 Shophq *142569612. 800-6765523 MN S580178085470427 Card 7952 | | 63.33 | |
| 6/29 | | Recurring Payment authorized on 06/26 Shophq *142569612. 800-6765523 MN S300179086515600 Card 7952 | | 17.67 | |
| 6/29 | | Purchase authorized on 06/27 Delorey Inc Raritan NJ P00460179787234627 Card 7952 | | 28.02 | |
| 6/29 | | Purchase authorized on 06/27 Walgreens Store 129 Somer Somerville NJ P00380179794351648 Card 7952 | | 14.04 | |
| 6/29 | | Recurring Payment authorized on 06/27 Shophq *142569612. 800-6765523 MN S300180032580733 Card 7952 | | 45.50 | |
| 6/29 | | Recurring Payment Intl authorized on 06/28 Netflix.Com Amsterdam Nld S580180630098665 Card 8643 | | 10.99 | |
| 6/29 | | International Purchase Transaction Fee | | 0.32 | |
| 6/29 | | Purchase authorized on 06/29 Rite Aid Store - 4509 Bridgewater NJ P004601818829319556 Card 7952 | | 17.42 | 2,155.38 |
| 7/1 | | ATM Cash Deposit on 07/01 1 W. Main St Somerville NJ 0007336 ATM ID 6536x Card 7952 | 840.00 | | |
| 7/1 | | Purchase authorized on 07/01 Wal-Mart Store Manville NJ P000000000074677667 Card 7952 | | 64.09 | 2,931.29 |
| 7/3 | | Amerihome Mtg 1 Time Dft 070120 0072393499 Reynan Tantoco | | 2,134.81 | 796.48 |
| 7/6 | | State of NJ - LA Uemploymen xxxxx4297 Reynan D Tantoco | 600.00 | | |
| 7/6 | | State of NJ - LA Uemploymen xxxxx4297 Reynan D Tantoco | 642.00 | | |
| 7/6 | | Zelle From Dela Cruz Gloria on 07/06 Ref # Pp08Fsl2NY | 1,000.00 | | |
| 7/6 | | Purchase authorized on 07/04 The Home Depot #0962 Bridgewater NJ P00460186474537380 Card 7952 | | 88.72 | |
| 7/6 | | Purchase authorized on 07/05 Delorey Inc Raritan NJ P00580187516026436 Card 7952 | | 22.00 | |
| 7/6 | | Purchase authorized on 07/05 Quick Chek Food Raritan NJ P000000000676139910 Card 7952 | | 25.21 | |
| 7/6 | | Purchase authorized on 07/06 Buybuybaby 3037 711 Route Bridgewater NJ P00580188585305622 Card 7952 | | 92.51 | 2,810.04 |
| 7/7 | | Purchase authorized on 07/06 Paypal *Ebay Ebay, 402-935-7733 CA S460188601993790 Card 7952 | | 7.99 | |
| 7/7 | | Purchase authorized on 07/06 K Fuel Hillsborough NJ S380188741209008 Card 7952 | | 25.00 | |
| 7/7 | | Zelle to Razel Rubio on 07/07 Ref #Pp08Fx6Hmc | | 105.00 | |
| 7/7 | | Purchase authorized on 07/07 Twin City Bridgewater NJ P000000000389589378 Card 7952 | | 42.62 | |
| 7/7 | | Non-WF ATM Withdrawal authorized on 07/07 9 West Somerset St Raritan NJ 00580189800408839 ATM ID Pj3614 Card 7952 | | 203.50 | |
| 7/7 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | 2,423.43 |
| 7/8 | | Purchase authorized on 07/06 Paypal *Yuexiuquru 4029357733 Hkg S380188598342033 Card 7952 | | 38.37 | |
| 7/8 | | Purchase authorized on 07/08 The Home Depot #0962 Bridgewater NJ P00460190455824896 Card 7952 | | 48.27 | 2,336.79 |
| 7/9 | | Purchase authorized on 07/09 The Home Depot #0962 Bridgewater NJ P00460191390308020 Card 7952 | | 26.26 | 2,310.53 |
| 7/13 | | State of NJ - LA Uemploymen xxxxx4297 Reynan D Tantoco | 600.00 | | |
| 7/13 | | State of NJ - LA Uemploymen xxxxx4297 Reynan D Tantoco | 642.00 | | |
| 7/13 | | Purchase authorized on 07/10 Paypal *Dsebay Eba 402-935-7733 CA S300192581592670 Card 7952 | | 79.97 | |

August 26, 2020 ■ Page 2 of 6



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 7/27 | | State of NJ - LA Uemploymen xxxxx4297 Reynan D Tantoco | 600.00 | | |
| 7/27 | | State of NJ - LA Uemploymen xxxxx4297 Reynan D Tantoco | 642.00 | | |
| 7/27 | | Mobile Deposit : Ref Number :808270011235 | 250.00 | | |
| 7/27 | | Mobile Deposit : Ref Number :908270011465 | 500.00 | | |
| 7/27 | | Purchase authorized on 07/23 Bagelicious Rarita Raritan NJ S460205456989369 Card 7952 | | 5.15 | |
| 7/27 | | Purchase authorized on 07/24 Geico *Auto Macon DC S380206404024740 Card 7952 | | 155.72 | |
| 7/27 | | Recurring Payment authorized on 07/25 Shophq *142569612. 800-6765523 MN S460208082733098 Card 7952 | | 63.35 | |
| 7/27 | | Purchase authorized on 07/26 Twin City Bridgewater NJ P000000000673493510 Card 8643 | | 61.02 | |
| 7/27 | | Non-WF ATM Withdrawal authorized on 07/27 76 W Somerset St Raritan NJ 003002096302630B3 ATM ID Prn2529 Card 7952 | | 700.00 | |
| 7/27 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 7/27 | | Purchase authorized on 07/27 Quick Chek Food Raritan NJ P000000000086104099 Card 7952 | | 17.34 | |
| 7/27 | | Purchase authorized on 07/27 Delorey Inc Raritan NJ P003002096399992456 Card 7952 | | 22.42 | |
| 7/27 | | Purchase authorized on 07/27 USPS PO 33706505 30 E Som Raritan NJ P003002096520023B8 Card 7952 | | 6.60 | |
| 7/27 | | Purchase authorized on 07/27 Delorey Inc Raritan NJ P003802097986442S4 Card 7952 | | 11.31 | 3,883.17 |
| 7/28 | | Recurring Payment authorized on 07/26 Shophq *142569612. 800-6765523 MN S460209062903551 Card 7952 | | 17.64 | |
| 7/28 | | Credit One Bank Payment 200727 43163078 Reynan Tantoco | | 102.00 | |
| 7/28 | | Creditcard Pymnt Paybyphone 200727 1904805977 Tantoco | | 140.00 | 3,623.53 |
| 7/29 | | Recurring Payment authorized on 07/27 Shophq *142569612. 800-6765523 MN S580210062136863 Card 7952 | | 45.48 | |
| 7/29 | | Recurring Payment Intl authorized on 07/28 Netflix.Com Amsterdam Nld S580210615705543 Card 8643 | | 11.16 | |
| 7/29 | | International Purchase Transaction Fee | | 0.33 | |
| 7/29 | | Purchase authorized on 07/29 Shoprite Somrville S1 Somerville NJ P003802116056B1330 Card 7952 | | 72.51 | 3,494.05 |
| 7/30 | | Purchase authorized on 07/30 Quick Chek Food Raritan NJ P000000000073245354 Card 7952 | | 25.63 | |
| 7/30 | | Purchase authorized on 07/30 Harbor Freight Tools86 Flemington NJ P000000000979907554 Card 7952 | | 29.82 | 3,438.60 |
| 7/31 | | Purchase authorized on 07/30 Rosenblatt Family Raritan NJ S380212731048005 Card 8643 | | 332.00 | |
| 7/31 | | Purchase authorized on 07/31 Delorey Inc Raritan NJ P003002137113565 60 Card 7952 | | 10.07 | |
| 7/31 | | Amerihome Mtg 1 Time Dft 072920 0072393499 Reynan Tantoco | | 2,134.81 | 961.72 |
| 8/3 | | State of NJ - LA Uemploymen xxxxx4297 Reynan D Tantoco | 600.00 | | |
| 8/3 | | State of NJ - LA Uemploymen xxxxx4297 Reynan D Tantoco | 642.00 | | |
| 8/3 | | Purchase authorized on 07/31 Stoltzfus Poultry Flemington NJ S300213566204056 Card 8643 | | 2.92 | |
| 8/3 | | Purchase authorized on 07/31 Stoltzfus Poultry Flemington NJ S380213569787424 Card 8643 | | 6.43 | |
| 8/3 | | Purchase authorized on 07/31 Martys Candies Flemington NJ S300213574147137 Card 8643 | | 6.36 | |
| 8/3 | | Purchase authorized on 08/01 Delorey Inc Raritan NJ P003802145604178 65 Card 7952 | | 18.81 | |
| 8/3 | | Purchase authorized on 08/01 Quick Chek Food Raritan NJ P000000000870822218 Card 7952 | | 20.53 | |
| 8/3 | | Purchase with Cash Back $ 20.00 authorized on 08/03 Shoprite Somrville S1 Somerville NJ P003002166428196B7 Card 7952 | | 104.63 | |
| 8/3 | | Purchase authorized on 08/03 Shoprite Somrville S1 Somerville NJ P00300216645005106 Card 7952 | | 21.75 | |

September 25, 2020 ■ Page 2 of 5



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 8/27 | | ATM Cash Deposit on 08/27 1 W. Main St Somerville NJ 0006289 ATM ID 6536x Card 7952 | 900.00 | | |
| 8/27 | | ATM Cash Deposit on 08/27 1 W. Main St Somerville NJ 0006290 ATM ID 6536x Card 7952 | 100.00 | | |
| 8/27 | | Purchase authorized on 08/25 Remitly* Kdf8 WWW.Remitly.C WA S380239217210482 Card 8643 | | 57.17 | |
| 8/27 | | Purchase authorized on 08/26 Twin Pines Nursery Flemington NJ S380239639934779 Card 8643 | | 15.00 | 2,211.44 |
| 8/28 | | Purchase authorized on 08/28 Shoprite Somrville S1 Somerville NJ P00380241581626249 Card 7952 | | 43.09 | 2,168.35 |
| 8/31 | | ATM Cash Deposit on 08/31 758 Hwy 202 Bridgewater NJ 0007551 ATM ID 6449T Card 7952 | 400.00 | | |
| 8/31 | | Recurring Payment Intl authorized on 08/28 Netflix.Com Amsterdam Nld S580241605467971 Card 8643 | | 11.35 | |
| 8/31 | | International Purchase Transaction Fee | | 0.34 | |
| 8/31 | | Purchase authorized on 08/29 Delorey Inc Raritan NJ P00460242509280043 Card 7952 | | 26.32 | |
| 8/31 | | Zelle to DE Guzman Michelle on 08/31 Ref #Rp08Rcvmtn | | 200.00 | 2,330.34 |
| 9/2 | | Amerihome Mtg 1 Time Dft 083120 0072393499 Reynan Tantoco | | 2,134.81 | 195.53 |
| 9/3 | | Purchase authorized on 09/03 Buybuybaby#3037 711 Route Bridgewater NJ P00580247690857990 Card 7952 | | 49.95 | 145.58 |
| 9/8 | | Purchase authorized on 09/04 Valero Rt 22 Fuel Bridgewater NJ S380248255212416 Card 7952 | | 20.00 | 125.58 |
| 9/17 | | Purchase authorized on 09/16 Idt*Boss Intl Call 800-6768312 NJ S300260576687162 Card 8643 | | 13.00 | 112.58 |
| 9/22 | | Mobile Deposit : Ref Number :511220265010 | 500.00 | | 612.58 |
| 9/23 | 113 | Check | | 100.00 | |
| 9/23 | 112 | Check | | 100.00 | 412.58 |
| 9/25 | | Purchase authorized on 09/23 8447564632Mdexprss 844-7564632 FL S380267309656511 Card 7952 | | 29.99 | 382.59 |
| Ending balance on 9/25 | | | | | 382.59 |
| Totals | | | $1,900.00 | $2,801.02 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written  (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 112 | 9/23 | 100.00 | 113 | 9/23 | 100.00 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 08/27/2020 - 09/25/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

The fee is waived (or discounted) by the bank for this fee period. For the next fee period you must meet an account requirement to avoid the fee, or receive the discount when applicable.

| How to avoid the monthly service fee Have any ONE of the following account requirements | Minimum required | This fee period |
|---|---|---|
| · Minimum daily balance | $1,500.00 | $112.58 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |

October 27, 2020 ■ Page 2 of 5


WELLS FARGO

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 9/28 | | ATM Cash Deposit on 09/27 758 Hwy 202 Bridgewater NJ 0000646 ATM ID 6449T Card 7952 | 80.00 | | |
| 9/28 | | ATM Cash Deposit on 09/27 758 Hwy 202 Bridgewater NJ 0000647 ATM ID 6449T Card 7952 | 340.00 | | |
| 9/28 | | ATM Cash Deposit on 09/27 758 Hwy 202 Bridgewater NJ 0000648 ATM ID 6449T Card 7952 | 600.00 | | |
| 9/28 | | ATM Cash Deposit on 09/27 758 Hwy 202 Bridgewater NJ 0000649 ATM ID 6449T Card 7952 | 80.00 | | 1,482.59 |
| 9/29 | | Recurring Payment Intl authorized on 09/28 Netflix.Com Amsterdam Nld S5802726157158844 Card 8643 | | 11.32 | |
| 9/29 | | International Purchase Transaction Fee | | 0.33 | 1,470.94 |
| 9/30 | | Mobile Deposit : Ref Number :313300937513 | 700.00 | | |
| 9/30 | | Zelle From Dela Cruz Gloria on 09/30 Ref # Pp08Xrtmn7 | 400.00 | | 2,570.94 |
| 10/5 | | Mobile Deposit : Ref Number :206040360212 | 30.00 | | |
| 10/5 | | Recurring Payment authorized on 10/02 McAfee.Com Cs26081 866-6223911 CA S460276523130899 Card 7952 | | 60.96 | |
| 10/5 | | Zelle to DE Guzman Michelle on 10/03 Ref #Rp08Ygz7Dr | | 200.00 | |
| 10/5 | | Amerihome Mtg 1 Time Dft 100120 0072393499 Reynan Tantoco | | 2,134.81 | 205.17 |
| 10/7 | | Mobile Deposit : Ref Number :303070482541 | 125.00 | | |
| 10/7 | | Purchase authorized on 10/05 Verizon*Onetimepay Verizon.Com FL S580280032852940 Card 7952 | | 150.00 | 180.17 |
| 10/13 | | Mobile Deposit : Ref Number :020100874395 | 125.00 | | |
| 10/13 | | Mobile Deposit : Ref Number :314120293579 | 2,478.65 | | 2,783.82 |
| 10/14 | | ATM Withdrawal authorized on 10/14 1 W. Main St Somerville NJ 0003990 ATM ID 6536x Card 7952 | | 540.00 | |
| 10/14 | | Purchase authorized on 10/14 Costco Whse #0322 Bridgewater NJ P00580288603324521 Card 7952 | | 175.72 | |
| 10/14 | | Purchase authorized on 10/14 Costco Whse #0322 Bridgewater NJ P00300288603868007 Card 7952 | | 2.99 | |
| 10/14 | | Purchase authorized on 10/14 Twin City Bridgewater NJ P000000000872425592 Card 7952 | | 17.33 | 2,047.78 |
| 10/15 | | Mobile Deposit : Ref Number :212150288318 | 90.00 | | |
| 10/15 | | Purchase authorized on 10/15 Quick Chek Food Raritan NJ P000000000477793711 Card 7952 | | 17.34 | 2,120.44 |
| 10/16 | | Purchase authorized on 10/15 American Water Wor 856-346-8200 NJ S460289687779312 Card 7952 | | 301.95 | |
| 10/16 | | Zelle to Razel Rubio on 10/16 Ref #Pp092Sqj3O | | 140.00 | 1,678.49 |
| 10/19 | | Mobile Deposit : Ref Number :911190570166 | 250.00 | | |
| 10/19 | | Purchase authorized on 10/16 Idt*Boss Intl Call 800-6768312 NJ S380290579723707 Card 8643 | | 13.00 | |
| 10/19 | | Purchase authorized on 10/18 Walgreens Store 129 Somer Somerville NJ P00460292705268387 Card 8643 | | 4.99 | |
| 10/19 | | Purchase authorized on 10/18 Walgreens Store 129 Somer Somerville NJ P00580292712375611 Card 8643 | | 24.50 | |
| 10/19 | | ATM Withdrawal authorized on 10/18 758 Hwy 202 Bridgewater NJ 0003095 ATM ID 6449T Card 7952 | | 450.00 | |
| 10/19 | | Purchase authorized on 10/19 The Home Depot #0947 Bridgewater NJ P00580293717626574 Card 7952 | | 11.16 | |
| 10/19 | | Purchase authorized on 10/19 Marshalls 125 Promenad Bridgewater NJ P00000000587632163 Card 7952 | | 69.25 | 1,355.55 |
| 10/20 | | Purchase authorized on 10/20 7-Eleven Jamesburg NJ P00000000779817805 Card 7952 | | 23.06 | 1,332.53 |
| 10/21 | | Recurring Payment authorized on 10/20 Netflix.Com 408-5403700 CA S300295163439866 Card 7952 | | 17.31 | 1,315.22 |
| 10/22 | | Mobile Deposit : Ref Number :411220658506 | 125.00 | | 1,440.22 |
| 10/23 | | Mobile Deposit : Ref Number :909230970233 | 500.00 | | |
| 10/23 | | Zelle to DE Guzman Michelle on 10/23 Ref #Rp093Wtypc | | 200.00 | 1,740.22 |
| 10/26 | | Purchase authorized on 10/24 Asian Food Mark North Plainfi NJ P000000008759456093 Card 8643 | | 117.86 | |

November 27, 2020 ■ Page 2 of 6



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 10/28 | | Mobile Deposit : Ref Number :103280483886 | 625.00 | | |
| 10/28 | | ATM Cash Deposit on 10/28 1 W. Main St Somerville NJ 0006059 ATM ID 6536x Card 1349 | 1,000.00 | | |
| 10/28 | | Purchase authorized on 10/26 Quick Chek Corpora Raritan NJ S380300371698794 Card 8643 | | 30.00 | 3,056.43 |
| 10/29 | | Mobile Deposit : Ref Number :010290879317 | 715.00 | | |
| 10/29 | | Purchase authorized on 10/27 Red Ribbon New Jer Jersey City NJ S580301669566741 Card 1349 | | 42.22 | |
| 10/29 | | Purchase authorized on 10/27 Red Ribbon New Jer Jersey City NJ S380301671516355 Card 1349 | | 13.44 | |
| 10/29 | | Purchase authorized on 10/27 Jollibee New Jerse Jersey City NJ S580301750958837 Card 1349 | | 44.32 | |
| 10/29 | | Purchase authorized on 10/27 Jollibee New Jerse Jersey City NJ S380301753065203 Card 1349 | | 7.44 | |
| 10/29 | | Recurring Payment Intl authorized on 10/28 Netflix.Com Amsterdam Nld S580302622221090 Card 8643 | | 11.33 | |
| 10/29 | | International Purchase Transaction Fee | | 0.33 | |
| 10/29 | | Purchase authorized on 10/29 Shoprite Somrville S1 Somerville NJ P00300303602814401 Card 1349 | | 85.82 | |
| 10/29 | | Recurring Payment Reversal on 10/29 Netflix.Com 408-5403700 CA S300295163439866 Card 1349 | 17.31 | | 3,583.84 |
| 10/30 | | ATM Withdrawal authorized on 10/30 1 W. Main St Somerville NJ 0006389 ATM ID 6536x Card 1349 | | 700.00 | 2,883.84 |
| 11/2 | | Purchase authorized on 10/29 Quick Chek Corpora Raritan NJ S300304022712419 Card 1349 | | 30.00 | |
| 11/2 | | Purchase authorized on 10/30 Quick Chek Food Raritan NJ P00000000676488780 Card 1349 | | 17.34 | |
| 11/2 | | Purchase authorized on 10/31 Costco Whse #0322 Bridgewater NJ P003003305705964998 Card 1349 | | 29.33 | |
| 11/2 | | Purchase authorized on 11/01 The Home Depot #0962 Bridgewater NJ P004603306717152834 Card 1349 | | 15.63 | |
| 11/2 | | Purchase authorized on 11/01 Delorey Inc Raritan NJ P005803306803171552 Card 1349 | | 11.26 | |
| 11/2 | | Purchase authorized on 11/02 Asian Food Mark North Plainfi NJ P00000000981313453 Card 8643 | | 46.52 | 2,733.76 |
| 11/3 | | Amerihome Mtg 1 Time Dft 103020 0072393499 Reynan Tantoco | | 2,134.81 | 598.95 |
| 11/4 | | Mobile Deposit : Ref Number :814040273903 | 900.00 | | |
| 11/4 | | Purchase authorized on 11/04 Rite Aid 04509 Bridgewater NJ P00380309648973501 Card 1349 | | 58.99 | 1,439.96 |
| 11/5 | | Mobile Deposit : Ref Number :503050423029 | 1,000.00 | | |
| 11/5 | | Purchase authorized on 11/03 Quick Chek Corpora Raritan NJ S460308417060432 Card 1349 | | 30.00 | |
| 11/5 | | Purchase authorized on 11/03 Fresh Food Mart IN Middletown NJ S460308735197381 Card 1349 | | 65.14 | |
| 11/5 | | Purchase authorized on 11/04 Amzn Mktp US*283DE Amzn.Com/Bill WA S300309446639688 Card 1349 | | 19.13 | |
| 11/5 | | Purchase authorized on 11/05 Costco Whse #1236 Flemington NJ P004603310777658613 Card 1349 | | 128.12 | 2,197.57 |
| 11/6 | | Purchase authorized on 11/05 Stoltzfus Poultry Flemington NJ S300310723589626 Card 8643 | | 21.67 | |
| 11/6 | | Purchase authorized on 11/05 Beccas Bakery LLC Flemington NJ S580310725656404 Card 8643 | | 5.25 | |
| 11/6 | | Purchase authorized on 11/05 Eshs Seafood and S Flemington NJ S300310730489581 Card 8643 | | 4.50 | |
| 11/6 | | Purchase authorized on 11/05 Martys Candies Flemington NJ S580310734058260 Card 8643 | | 15.74 | |
| 11/6 | | Purchase authorized on 11/05 Costco Gas #1236 Flemington NJ S300310742171296 Card 1349 | | 27.27 | 2,123.14 |
| 11/9 | | Purchase authorized on 11/07 Tmobile Postpaid W 800-937-8997 WA S580312698663302 Card 1349 | | 379.25 | |

December 24, 2020 ■ Page 2 of 5



## Transaction history

| Date | Check Number | Description | Deposits/Additions | Withdrawals/Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 11/30 | | Purchase authorized on 11/23 Amzn Mktp US*Mu0R3 Amzn.Com/Bill WA S580329249753770 Card 1349 | | 36.37 | |
| 11/30 | | Purchase authorized on 11/27 Quick Chek Corpora Raritan NJ S300333063933378 Card 1349 | | 25.00 | |
| 11/30 | | Recurring Payment Intl authorized on 11/28 Netflix.Com Amsterdam Nld S580333649202186 Card 8643 | | 11.40 | |
| 11/30 | | International Purchase Transaction Fee | | 0.34 | |
| 11/30 | | Purchase authorized on 11/28 The Home Depot #0962 Bridgewater NJ P00580333708638412 Card 1349 | | 230.22 | |
| 11/30 | | Purchase authorized on 11/29 Walgreens Store 129 Somer Somerville NJ P00300334620130749 Card 1349 | | 17.21 | |
| 11/30 | | Purchase authorized on 11/29 Delorey Inc Raritan NJ P00580334744941753 Card 1349 | | 31.70 | |
| 11/30 | | Purchase authorized on 11/29 Geico *Auto Macon DC S580334778297408 Card 1349 | | 151.72 | |
| 11/30 | | Purchase authorized on 11/30 Quick Chek Food Somerville NJ P00000000589944365 Card 1349 | | 10.94 | |
| 11/30 | | Purchase authorized on 11/30 Costco Whse #0322 Bridgewater NJ P00580335816036077 Card 8643 | | 180.82 | |
| 11/30 | | Purchase authorized on 11/30 Cts Store#7060 365 Route Bridgewater NJ P00580335850891443 Card 8643 | | 45.30 | |
| 11/30 | | Purchase Return authorized on 11/28 The Home Depot #0962 Bridgewater NJ P00460334018535721 Card 1349 | 70.33 | | 81.70 |
| 12/1 | | ATM Cash Deposit on 12/01 1 W. Main St Somerville NJ 0001252 ATM ID 6536x Card 1349 | 560.00 | | |
| 12/1 | | Mobile Deposit : Ref Number :719010625459 | 375.00 | | 1,016.70 |
| 12/2 | | Purchase authorized on 12/01 Valero Rt 22 Fuel Bridgewater NJ S460336325737430 Card 1349 | | 22.64 | |
| 12/2 | | Purchase authorized on 12/02 The Home Depot #0962 Bridgewater NJ P00300337466543366 Card 1349 | | 18.49 | |
| 12/2 | | Purchase authorized on 12/02 Asian Food Mark North Plainfi NJ P00000000885468323 Card 1349 | | 62.82 | 912.75 |
| 12/3 | | ATM Cash Deposit on 12/03 1 W. Main St Somerville NJ 0001583 ATM ID 6536x Card 1349 | 1,800.00 | | 2,712.75 |
| 12/4 | | Purchase authorized on 12/04 Dollar Tr 45 Raritan x Raritan NJ P00000000679493780 Card 1349 | | 4.27 | 2,708.48 |
| 12/7 | | Purchase authorized on 11/29 Amzn Mktp US*4J94H Amzn.Com/Bill WA S580335105233871 Card 1349 | | 61.83 | |
| 12/7 | | Purchase authorized on 12/04 Remitly* F635 WWW.Remitly.C WA S380339459404403 Card 8643 | | 154.50 | |
| 12/7 | | Purchase authorized on 12/05 Pizza Brothers of 408-5267474 NJ S380340721381564 Card 1349 | | 43.31 | |
| 12/7 | | Purchase authorized on 12/06 Shoprite Somrville S1 Somerville NJ P00580341431489040 Card 1349 | | 116.62 | |
| 12/7 | | Purchase authorized on 12/07 Quick Chek Food Perth Amboy NJ P00000000384409313 Card 1349 | | 17.64 | |
| 12/7 | | Amerihome Mtg 1 Time Dft 120320 0072393499 Reynan Tantoco | | 2,134.81 | 179.77 |
| 12/8 | | Mobile Deposit : Ref Number :014080210515 | 352.00 | | 531.77 |
| 12/9 | | Purchase authorized on 12/09 The Home Depot #0962 Bridgewater NJ P00580344466722686 Card 1349 | | 26.50 | 505.27 |
| 12/10 | | Purchase authorized on 12/10 Asian Food Mark North Plainfi NJ P00000000480680478 Card 8643 | | 183.54 | |
| 12/10 | | Purchase authorized on 12/10 USPS PO 33706505 30 E Som Raritan NJ P00580345792157403 Card 1349 | | 21.10 | 300.63 |
| 12/11 | | Purchase authorized on 12/11 Quick Chek Corp Raritan NJ P00000000789185788 Card 1349 | | 17.64 | 282.99 |
| 12/14 | | Mobile Deposit : Ref Number :909140208986 | 225.00 | | |
| 12/14 | | Zelle From Dela Cruz Gloria on 12/14 Ref # Pp09Fkxnbq | 165.00 | | |
| 12/14 | | Mobile Deposit : Ref Number :818140508941 | 500.00 | | |

March 24, 2021 ■ Page 3 of 5



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/9 | | Purchase authorized on 03/08 Auntie Anne's # NJ Bridgewater NJ S301067810637525 Card 1349 | | 6.60 | 352.42 |
| 3/10 | | Zelle From Caver Lafonda on 03/10 Ref # Pp09Zfk2Hy | 130.00 | | |
| 3/11 | | Zelle From Anna Lorraine O Macapagal on 03/11 Ref # Jpm550130555 | 100.00 | | 482.42 |
| 3/11 | | Recurring Payment authorized on 03/09 Verizon*Onetimepay Verizon.Com FL S381069048304504 Card 8643 | | 242.56 | 339.86 |
| 3/15 | | ATM Cash Deposit on 03/13 1 W. Main St Somerville NJ 0006817 ATM ID 6536x Card 1349 | 860.00 | | |
| 3/15 | | ATM Cash Deposit on 03/13 1 W. Main St Somerville NJ 0006818 ATM ID 6536x Card 1349 | 440.00 | | |
| 3/15 | | Zelle From Rubydale Sanford on 03/13 Ref # USA0B6551921 | 50.00 | | |
| 3/15 | | Mobile Deposit : Ref Number :412150197691 | 843.87 | | |
| 3/15 | | Purchase authorized on 03/13 American Water Wor 856-346-8200 NJ S381073039246110 Card 8643 | | 246.20 | |
| 3/15 | | Purchase authorized on 03/14 Costco Whse #0322 Bridgewater NJ P00301073580628079 Card 1349 | | 316.16 | |
| 3/15 | | Purchase authorized on 03/14 Quick Chek Food Raritan NJ P000000000589459897 Card 1349 | | 17.98 | |
| 3/16 | | Purchase authorized on 03/14 The Home Depot #0962 Bridgewater NJ P004461073653511839 Card 1349 | | 31.90 | 1,921.49 |
| 3/16 | | Purchase authorized on 03/15 Valero Rt 22 Fuel Bridgewater NJ S381074281769103 Card 1349 | | 20.00 | |
| 3/17 | | ATM Withdrawal authorized on 03/16 1 W. Main St Somerville NJ 0007236 ATM ID 6536x Card 1349 | | 260.00 | 1,641.49 |
| 3/17 | | IRS Treas 310 Taxeip3 031721 xxxxxxxxxx00908 Tantoco, Reynan | 5,600.00 | | |
| 3/18 | | Purchase authorized on 03/15 Spi*Paid to PSE&G- 800-436-7734 NJ S301074694488624 Card 8643 | | 303.95 | 6,937.54 |
| 3/18 | | Zelle From Anna Lorraine O Macapagal on 03/18 Ref # Jpm555782313 | 210.00 | | |
| 3/19 | | Purchase authorized on 03/16 Quick Chek Corpora Raritan NJ S461075717531318 Card 1349 | | 25.00 | 7,122.54 |
| 3/19 | | Purchase authorized on 03/18 Tmobile*Postpaid P 800-937-8997 WA S461077674596379 Card 1349 | | 263.85 | |
| 3/19 | | Purchase authorized on 03/19 Costco Whse #0322 Bridgewater NJ P00581078708123654 Card 8643 | | 82.12 | |
| 3/19 | | Purchase authorized on 03/19 Marshalls 125 Promenad Bridgewater NJ P000000000581861735 Card 8643 | | 29.98 | |
| 3/19 | | Purchase authorized on 03/19 Costco Whse #1236 Flemington NJ P00581078822828146 Card 8643 | | 149.29 | |
| 3/22 | | **Amerihome Mtg 1 Time Dft 031721 0072393499 Reynan Tantoco** | | **2,134.81** | **4,462.49** |
| 3/22 | | Purchase authorized on 03/20 Quick Chek Corpora Raritan NJ S461079500183326 Card 1349 | | 10.00 | |
| 3/22 | | Purchase authorized on 03/20 Luton Bahay Filipi Raritan NJ S381079605868508 Card 1349 | | 34.00 | |
| 3/22 | | Purchase authorized on 03/20 7-Eleven Raritan NJ P000000000877802897 Card 1349 | | 18.40 | |
| 3/22 | | Purchase authorized on 03/20 Quick Chek Corpora Raritan NJ S301079863914412 Card 1349 | | 30.00 | |
| 3/22 | | ATM Withdrawal authorized on 03/21 758 Hwy 202 Bridgewater NJ 0000057 ATM ID 6449T Card 1349 | | 160.00 | |
| 3/22 | | Purchase authorized on 03/21 The Home Depot #0962 Bridgewater NJ P003810080460658690 Card 1349 | | 31.47 | |
| 3/22 | | ATM Withdrawal authorized on 03/22 1 W. Main St Somerville NJ 0008244 ATM ID 6536x Card 1349 | | 250.00 | |
| 3/22 | | Purchase authorized on 03/22 H Mart - Edison Edison NJ P00581081744592993 Card 8643 | | 135.70 | |
| 3/22 | | Purchase authorized on 03/22 Quick Chek Food Raritan NJ P00000000286036656 Card 1349 | | 17.98 | |
| 3/23 | | Tfs 888-729-2413 Tfs Pay 7269135 Reynan Tantoco | | 530.99 | 3,243.95 |
| | | Purchase authorized on 03/22 Valero Rt 22 Fuel Bridgewater T NJ S461081291321131 Card 1349 | | 25.00 | 3,218.95 |

6, 2021 ■ Page 2 of 6



**Wells Fargo**

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 4/27 | | Purchase authorized on 04/27 Five Belo Somerville C Raritan NJ P00000000579131231 Card 1349 | | 33.28 | |
| 4/27 | | Purchase authorized on 04/27 Staples 0532 Raritan NJ P00381117816812596 Card 1349 | | 75.68 | 2,065.03 |
| 4/28 | | ATM Check Deposit on 04/28 1 W. Main St Somerville NJ 0004136 ATM ID 6536x Card 1349 | 13,181.00 | | |
| 4/28 | | Purchase authorized on 04/27 Moneygram US 000-000-0000 TX S381118053328838 Card 1349 | | 104.99 | |
| 4/28 | | Purchase authorized on 04/28 Asian Food Mark North Plainfi NJ P00000000882413370 Card 1349 | | 193.86 | 14,947.18 |
| 4/29 | | Purchase authorized on 04/27 Quick Chek Corpora Raritan NJ S301117796032155 Card 1349 | | 30.00 | |
| 4/29 | | Recurring Payment Intl authorized on 04/28 Netflix.Com Singapore Sgp S301118618178373 Card 8643 | | 11.32 | |
| 4/29 | | International Purchase Transaction Fee | | 0.33 | |
| 4/29 | | Purchase authorized on 04/29 7-Eleven Raritan NJ P00000000981238607 Card 1349 | | 18.40 | |
| 4/29 | | Purchase authorized on 04/29 Quick Chek Food Perth Amboy NJ P00000000087073552 Card 1349 | | 6.91 | |
| 4/29 | | ATM Withdrawal authorized on 04/29 1 W. Main St Somerville NJ 0004302 ATM ID 6536x Card 1349 | | 700.00 | 14,180.22 |
| 4/30 | | Venmo Cashout 210430 1013427462921 Reynan Tantoco | 100.00 | | |
| 4/30 | | Purchase authorized on 04/29 Moneygram US 000-000-0000 TX S581119854174939 Card 1349 | | 1,031.88 | |
| 4/30 | | Purchase authorized on 04/30 7-Eleven Raritan NJ P00000000070273830 Card 1349 | | 18.40 | 13,229.94 |
| 5/3 | | Venmo Cashout 210502 1013464561027 Reynan Tantoco | 150.00 | | |
| 5/3 | | Mobile Deposit : Ref Number :519030706865 | 110.00 | | |
| 5/3 | | Purchase authorized on 05/01 Moneygram US 000-000-0000 TX S581121388773410 Card 1349 | | 2,024.99 | |
| 5/3 | | Purchase authorized on 05/01 Costco Whse #0322 Bridgewater NJ P00461121580523986 Card 8643 | | 245.96 | |
| 5/3 | | Purchase authorized on 05/01 Johnny Air Cargo Jersey City NJ S581121674243275 Card 8643 | | 409.14 | |
| 5/3 | | Purchase authorized on 05/01 Casa Victoria 201-2161055 NJ S461121683718542 Card 8643 | | 166.50 | |
| 5/3 | | Purchase authorized on 05/01 Casa Victoria 201-2161055 NJ S581121685316150 Card 8643 | | 38.10 | |
| 5/3 | | Purchase authorized on 05/01 Red Ribbon Summit/ Jersey City NJ S301121690658090 Card 8643 | | 54.96 | |
| 5/3 | | Purchase authorized on 05/02 Costco Whse #0322 Bridgewater NJ S381122666790618 Card 1349 | | 1,305.79 | |
| 5/3 | | Purchase authorized on 05/03 Napa Store 0834080 South Plainfi NJ P00461123679595420 Card 1349 | | 74.63 | |
| 5/3 | | Purchase authorized on 05/03 Wal-Mart Store Manville NJ P00000000982269575 Card 8643 | | 230.35 | |
| 5/3 | | Purchase authorized on 05/03 Raritan Valley Liquor Raritan NJ P00000000589052870 Card 1349 | | 211.00 | |
| 5/3 | | Amerihome Mtg 1 Time Dft 042921 0072393499 Reynan Tantoco | | 2,134.81 | 6,593.71 |
| 5/4 | | Purchase authorized on 05/02 WWW Costco Com 800-955-2292 WA S58122470147079 Card 1349 | | 49.97 | |
| 5/4 | | Purchase authorized on 05/03 Valero Rt 22 Fuel Bridgewater NJ S581123332252687 Card 1349 | | 25.00 | |

2021 ■ Page 3 of 6


WELLS FARGO

## Transaction history (continued)

| Date | Check Number | Description | Deposits/Additions | Withdrawals/Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 6/7 | | Amerihome Mtg 1 Time Dft 060321 0072393499 Reynan Tantoco | | 2,134.81 | |
| 6/8 | | ATM Cash Deposit on 06/08 1 W. Main St Somerville NJ 0000755 ATM ID 6536x Card 1349 | 1,060.00 | | 1,230.44 |
| 6/8 | | Purchase authorized on 06/05 Amzn Mktp US*2x1ll Amzn.Com/Bill WA S301157167661346 Card 1349 | | 10.65 | |
| 6/8 | | Purchase authorized on 06/06 Delta Bridgewater Bridgewater T NJ S301158001398302 Card 1349 | | 30.00 | |
| 6/8 | | Purchase authorized on 06/07 Valero Rt 22 Fuel Bridgewater T NJ S461158360952164 Card 1349 | | 25.00 | |
| 6/9 | | Purchase authorized on 06/07 Delorey Inc Raritan NJ S581158631760444 Card 1349 | | 17.02 | 2,207.77 |
| 6/9 | | Purchase authorized on 06/09 Walgreens Store 16 Prince East Windsor NJ P003011604648555505 Card 1349 | | 20.19 | |
| 6/10 | | Purchase authorized on 06/09 Five Belo Somerville C Raritan NJ P00000000282300748 Card 1349 | | 17.17 | 2,170.41 |
| 6/10 | | Purchase authorized on 06/10 Tj Maxx # 300 Commons Bridgewater NJ P00000000133740680 Card 1349 | | 106.26 | |
| 6/11 | | Purchase Return authorized on 06/10 Tj Maxx # 300 Commons Bridgewater NJ P00000000873338954 Card 8643 | 19.99 | | 2,084.14 |
| 6/11 | | Purchase authorized on 06/06 Amzn Mktp US*2x6l5 Amzn.Com/Bill WA S381157295044745 Card 1349 | | 170.49 | |
| 6/11 | | Purchase authorized on 06/10 Burger King #3183 Raritan NJ S381161829851632 Card 1349 | | 9.45 | |
| 6/14 | | Purchase authorized on 06/11 Rite Aid 04509 Bridgewater NJ P00000000987259342 Card 1349 | | 41.48 | 1,862.72 |
| 6/14 | | Venmo Cashout 210613 1014174079073 Reynan Tantoco | 200.00 | | |
| 6/14 | | Purchase authorized on 06/12 Quick Chek Corpora Hillsborough NJ S381163845536183 Card 1349 | | 25.00 | |
| 6/14 | | Purchase authorized on 06/13 Verizon Wrls D2231-01 Bridgewater NJ P004611646821911264 Card 1349 | | 42.63 | |
| 6/14 | | Purchase authorized on 06/13 Five Belo Somerville C Raritan NJ P00000000730908423 Card 1349 | | 14.59 | |
| 6/14 | | Purchase authorized on 06/14 Quick Chek Food Perth Amboy NJ P00000000271544375 Card 1349 | | 22.23 | |
| 6/14 | 120 | Check | | 50.00 | 1,908.27 |
| 6/15 | | Purchase authorized on 06/13 Sbbnj-Bridgewater Bridgewater NJ S381164689385729 Card 8643 | | 87.15 | |
| 6/15 | | Purchase authorized on 06/15 Costco Whse #0322 Bridgewater NJ P00461166848710304 Card 1349 | | 6.38 | |
| 6/15 | | Purchase authorized on 06/15 Marshalls 125 Promenad Bridgewater NJ P00000000339633682 Card 1349 | | 83.32 | 1,731.42 |
| 6/16 | | Recurring Payment authorized on 06/14 Geico *Auto 800-841-3000 DC S461165779253452 Card 1349 | | 190.50 | |
| 6/16 | | Purchase authorized on 06/16 Costco Whse #0322 Bridgewater NJ P00461167646883685 Card 1349 | | 14.95 | |
| 6/16 | | Purchase authorized on 06/16 Walgreens Store 129 Somer Somerville NJ P005811677775893173 Card 8643 | | 25.99 | |
| 6/16 | | Purchase authorized on 06/16 The Home Depot #0962 Bridgewater NJ P00301167817083110 Card 1349 | | 155.52 | 1,344.46 |
| 6/17 | | ATM Cash Deposit on 06/17 1 W Main St Somerville NJ 0002261 ATM ID 6536x Card 8643 | 400.00 | | |
| 6/17 | | ATM Cash Deposit on 06/17 1 W Main St Somerville NJ 0002262 ATM ID 6536x Card 8643 | 1,500.00 | | 3,244.46 |
| 6/18 | | Mobile Deposit : Ref Number :418180710777 | 1,030.01 | | |
| 6/18 | | Purchase authorized on 06/17 Delorey Inc Raritan NJ S381168813868856 Card 1349 | | 20.24 | |
| 6/18 | | Purchase authorized on 06/18 Wegman's #96 724 Route 20 Bridgewater NJ P00381169786949247 Card 8643 | | 53.65 | 4,200.58 |
| 6/21 | | Zelle From Rubydale Sanford on 06/20 Ref # USA0C1Bdd781 Pasensya NA Natagalan Ng Konti Bayad PO SA | 250.00 | | |
| 6/21 | | Purchase authorized on 06/17 Amzn Mktp US*219V9 Amzn.Com/Bill WA S581169005124534 Card 1349 | | 63.96 | |