Form clsnodsc – ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–23005–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Reynan D Tantoco
   1020 Arnold Avenue
   Raritan, NJ 08869

Social Security No.:
   xxx–xx–2449

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

You are hereby notified that the above−named case will be closed without entry of discharge on or after July 31, 2023 for the reason(s) indicated below.

- [x] Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

- [ ] Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

- [x] Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- [ ] Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: June 29, 2023
JAN: wdr

Jeanne Naughton
Clerk