**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Reynan D Tantoco** <br> First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–2449 <br> EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:   19–23005–CMG | | |

# Order of Discharge 12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Reynan D Tantoco

<u>7/18/23</u>    **By the court:** <u>Christine M. Gravelle</u>
                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 19-23005-CMG

Reynan D Tantoco                                                               Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                           User: admin                                              Page 1 of 3

Date Rcvd: Jul 18, 2023                                Form ID: 3180W                                      Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Reynan D Tantoco, 1020 Arnold Avenue, Raritan, NJ 08869-1602 |
| 518331713 | + | Barclays Bank, ERC, POB 57610, Jacksonville, FL 32241-7610 |
| 518331714 | + | Capiatl One Bank, Portfolio Recovery, POB 12903, Norfolk, VA 23541-0903 |
| 518331715 | + | Citibank, Midland Credit, 350 Camino De La Reina, #100, San Diego, CA 92108-3007 |
| 518331720 | + | Macys, Radius Global Solutions, POB 390905, Minneapolis, MN 55439-0905 |
| 518331719 | + | Macys, GC Services, 6330 Gulfton, Houston, TX 77081-1198 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 18 2023 21:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 18 2023 21:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | ^ | MEBN | Jul 18 2023 20:58:31 | AmeriHome Mortgage Company, LLC, PO Box 77404, Ewing, NJ 08628-6404 |
| 518452388 | + | Email/Text: BKelectronicnotices@cenlar.com | Jul 18 2023 21:04:00 | AmeriHome Mortgage Company, LLC, c/o Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 518331712 | ^ | MEBN | Jul 18 2023 20:58:32 | Amerihome Mortgage, POB 77404, Trenton, NJ 08628-6404 |
| 518348164 | + | EDI: AIS.COM | Jul 19 2023 00:52:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518348165 | + | EDI: AIS.COM | Jul 19 2023 00:52:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518449338 | | EDI: Q3G.COM | Jul 19 2023 00:52:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518331717 | | EDI: IRS.COM | Jul 19 2023 00:52:00 | Internal Revenue Service, POB 744, Springfield, NJ 07081 |
| 518579466 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 18 2023 21:03:12 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518579465 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 18 2023 21:03:12 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518419117 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

| Recip ID | | Bypass Reason / EDI | Date | Name and Address |
|---|---|---|---|---|
| | | | Jul 18 2023 21:05:00 | Midland Funding LLC, Po Box 2011, Warren MI 48090-2011 |
| 518433870 | | EDI: PRA.COM | Jul 19 2023 00:52:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 518446258 | | EDI: PRA.COM | Jul 19 2023 00:52:00 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 518411107 | + | EDI: JEFFERSONCAP.COM | Jul 19 2023 00:52:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518449199 | + | EDI: RMSC.COM | Jul 19 2023 00:51:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518333974 | + | EDI: RMSC.COM | Jul 19 2023 00:51:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518331722 | + | EDI: WFFC.COM | Jul 19 2023 00:52:00 | Wells Fargo, MAC N8235 040, 7000 Vista Dr, West Des Moines, IA 50266-9310 |
| 518428392 | | EDI: WFFC2 | Jul 19 2023 00:52:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518331716 | *+ | Citibank, Midland Credit, 350 Camino De La Reina #100, San Diego, CA 92108-3007 |
| 518331718 | ##+ | KML Law Group, 216 Haddon Ave #406, Collingswood, NJ 08108-2812 |
| 518331721 | ##+ | Sunrun Inc, 595 Market St, 29th floor, San Francisco, CA 94105-2842 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 20, 2023       Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor AmeriHome Mortgage Company LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 18, 2023 | Form ID: 3180W | Total Noticed: 25 |

John F. Bracaglia, Jr.
    on behalf of Debtor Reynan D Tantoco brokaw@centraljerseylaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5